IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MILAS, | : |
| Petitioner, | : CIVIL ACTION NO. 15-3322 |
| v. | : |
| MICHAEL OVERMEYER, SCI–Forest Superintendent; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 28th day of September, 2020, after considering the "Independent Action Application for Relief to Re-Open Judgment, Pursuant to F.R.CIV.P. 60(b)(6)" filed by the *pro se* movant, James Milas (Doc. No. 27); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application (Doc. No. 27) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. A certificate of appealability **SHALL NOT** issue.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.